UNITED STATES DISTRICT COURT

U.S.DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S.DISTRICT COURT
C.A.NO._____
WORCESTER DIVISION

HARVEY A.RINGGOLD
(PETITIONER)

05-40129 

V.

STEVEN O'BRIEN,SUPERINTENDENT
OF N.C.C.I.GARDNER(RESPONDENT)

PETITIONER MOTION FOR SERVICE
TO BE COMPLETED BY THE COURT,UPON THE
RESPONDENT'S STEVEN O'BRIEN:

    Now comes the pro-se petitioner to depose and say that he is incarcerated under the Mass.G.L.indictment's from Berkshire County,number 2001-00050-01-02-03-04-05,and based on that conviction he cannot afford filing copy fees and service fees to served the respondent and Attorney General with copy of his petition 28 U.S.C. A.2254 and 2255,,The petitioner request that all fees by waived and prepaid by the state.

    The petitioner has Paid the filing fee of $5.00 dollars for his filing petition 28 U.S.C.A.2254 and 2255.But cannot afford service fees requirement's,Further the petitioner direct this court attention to attached indigency G.L.c.261§29,Inmates Waiver,and see attached inmate six months print-out of his inmates account.

    Based on the above said attached herewith is true and further signed under the pains and penalties of perjury on this 27 day of July 2005:

12
(2)

                    RESPECTFULLY SUBMITTED
PRO-SE *Harvey Ringgold* (signature)
        MR. HARVEY RINGGOLD
        N.C.C.I. GARDNER
        P.O. BOX 466
        500 COLONY RD.
        GARDNER MASS. 01440