10

UNITED STATES DISTRICT COURT

U.S.DISTRICT COURT
OF MASSACHUSETTS

U.S.DISTRICT COURT
WORCESTER DIVISION
DOCKET NO._____
WRIT OF HABEAS CORPUS
28 U.S.C.A§2254§2255

HARVEY A.RINGGOLD
(PETITIONER)

   V.

STEVEN O'BRIEN N.C.C.I.GARDNER
SUPERTENDENT,(RESPONDENT)

05-40129 FDS

CERTIFICATE OF SERVICE

     I Harvey Ringgold certify that I have served upon the United States District Court for Worcester Division in the State of Massachusetts,to Martin Castles,Clerk of U.S.District Court,at 595 Main St.Worcester Mass.01608,sent by first class mail postage prepaid as listed in the following....

1)CERTIFICATE OF SERVICE

2)COVER LETTER

3)CIVIL COVER SHEET

4)PETITIONER FILING FEE OF $5.00 DOLLARS FROM INMATES ACCOUNT,AND SIX MONTHS PRINT-out.

5)CATEORY SHEET

6)PETITIONER'S,PETITION FOR 28 U.S.C.A.§2254-2255

7)PETITIONER'S EXHIBIT'S IN SUPPORT OF HIS PETITION.

8)PETITIONER MOTION FOR SERVICE TO BE COMPLETED BY THE COURT,TO RESPONDENT.

     All was sent on this 7/27 day of July 2005,Signed under the pains and penalties of perjury;

RESPECTFULLY SUBMITTED
PRO-SE *Harvey Ringgold*
MR.HARVEY A.RINGGOLD
N.C.C.I.GARDNER
P.O.BOX 466
500 COLONY RD.
GARDNER MASS.01440