UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HARVEY RINGGOLD, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-40129-FDS |
| | ) | |
| STEVEN O'BRIEN, | ) | |
| Respondent. | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel on behalf of the respondent, Steven O'Brien.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Jonathan Ofilos
Jonathan Ofilos
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2634
BBO # 658091

Dated: September 7, 2005

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the petitioner, Harvey Ringgold, on September 7, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Harvey Ringgold, *pro se*, N.C.C.I. Gardner, P.O. Box 446, Shirley, 500 Colony Road, Gardner, Massachusetts 01440.

      /s/ Jonathan Ofilos
      Jonathan Ofilos
      Assistant Attorney General