UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HARVEY RINGGOLD, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-40129-FDS |
| | ) | |
| STEVEN O'BRIEN, | ) | |
| Respondent. | ) | |

**RESPONDENT STEVEN O'BRIEN'S MOTION FOR ENLARGEMENT OF TIME
TO FILE AN ANSWER OR RESPONSIVE PLEADING TO PETITION FOR
<u>WRIT OF HABEAS CORPUS</u>**

Respondent Steven O'Brien, through counsel, respectfully moves this Court to enlarge the time in which to file an answer or other responsive pleading to the above-captioned petition for writ of habeas corpus to October 10, 2005. The answer is currently due on September 7, 2005. As grounds therefore, the respondent's attorney states as follows:

1. Rule 5 of the Rules governing Section 2254 Cases in the United States District Courts requires the respondent to answer each allegation of the complaint and state whether the petitioner has exhausted his available state court remedies. The Rule also requires that the respondent indicate what transcripts or parts of state court proceedings are available.

2. Additionally, the Court's Order dated August 17, 2005 "requests the Respondent, as part of the return, to file such documents which reflect on the issue as to whether Petitioner(s) exhausted available state remedies with respect to the matters raised by the Petition."

3. To this end, the respondent's attorney recently requested the record of the

petitioner's state court proceedings from the Berkshire County District Attorney's office. The respondent's attorney is currently awaiting receipt of those files of the state court proceeding and will require the additional time to review the state court briefs and prepare an appropriate response to the petition.

4. No previous application for an enlargement of time to answer or otherwise respond to the petition has been made to the Court.

Wherefore, respondent Steven O'Brien respectfully requests that the Court enlarge the time for filing an answer or other responsive pleading in the above-captioned petition to October 10, 2005.

          Respectfully submitted,

          THOMAS F. REILLY
          ATTORNEY GENERAL

          /s/ Jonathan Ofilos
          Jonathan Ofilos
          Assistant Attorney General
          Criminal Bureau
          One Ashburton Place
          Boston, Massachusetts 02108
          (617) 727-2200, ext. 2634
          BBO # 658091

Dated: September 7, 2005

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the above document was served upon the petitioner, Harvey Ringgold, on September 7, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Harvey Ringgold, *pro se*, N.C.C.I. Gardner, P.O. Box 446, Shirley, 500 Colony Road, Gardner, Massachusetts 01440.

            /s/ Jonathan Ofilos
            Jonathan Ofilos
            Assistant Attorney General