UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HARVEY RINGGOLD,  Petitioner, | ) ) ) ) | |
| v. | ) | Civil Action No. 05-40129-FDS |
| STEVEN O'BRIEN,  Respondent. | ) ) ) ) | |

**MOTION FOR RELIEF FROM CONFERENCE REQUIREMENT**
**PURSUANT TO FED.R.CIV.P. LOCAL RULE 7.1**

The respondent, through counsel, hereby respectfully requests that this Court grant relief from the requirement of Local Rule 7.1 of the Rules of Civil Procedure mandating that parties confer before filing motions in civil cases. In support of this motion, respondent states that such conferences are not practicable since the petitioner, who is acting pro se, is incarcerated.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Jonathan Ofilos
Jonathan Ofilos
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2634
BBO #  658091

Dated: September 7, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the petitioner, Harvey Ringgold, on September 7, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Harvey Ringgold, *pro se*, N.C.C.I. Gardner, P.O. Box 446, Shirley, 500 Colony Road, Gardner, Massachusetts 01440.

                                              /s/ Jonathan Ofilos
                                             Jonathan Ofilos
                                             Assistant Attorney General