UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HARVEY RINGGOLD,<br>      Petitioner,<br><br>v.<br><br>STEVEN O'BRIEN,<br>      Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-40129-FDS |

**RESPONDENT STEVEN O'BRIEN'S MOTION FOR ENLARGEMENT OF TIME
TO FILE AN ANSWER OR RESPONSIVE PLEADING TO PETITION FOR
<u>WRIT OF HABEAS CORPUS</u>**

Respondent Steven O'Brien, through counsel, respectfully moves this Court to further enlarge the time in which to file an answer or other responsive pleading to the above-captioned petition for writ of habeas corpus to October 31, 2005. The answer is currently due on October 10, 2005. As grounds therefore, the respondent's attorney states as follows:

1. Rule 5 of the Rules governing Section 2254 Cases in the United States District Courts requires the respondent to answer each allegation of the complaint and state whether the petitioner has exhausted his available state court remedies. The Rule also requires that the respondent indicate what transcripts or parts of state court proceedings are available.

2. Additionally, the Court's Order dated August 17, 2005 "requests the Respondent, as part of the return, to file such documents which reflect on the issue as to whether Petitioner(s) exhausted available state remedies with respect to the matters raised by the Petition."

3. To this end, the respondent's attorney requested the record of the petitioner's state

      court proceedings from the Berkshire District Attorney's office.  The district attorney's office has supplied the files of the state court proceeding but the respondent's attorney will require the additional time to effectively review the state court briefs and prepare an appropriate response to the petition.

4.    Further, undersigned counsel's was recently re-assigned to the *Pike v. Guarino*, USDC No. 01-11189-WGY case which is scheduled for an evidentiary hearing from October 17, 2005 to October 25, 2005.  At the time of his original request for an enlargement to October 10, 2005 counsel was not aware he would be participating in the above-mentioned hearing.  Therefore, due to the unforseen time requirements associated with preparation for the evidentiary hearing, counsel will require additional time to analyze the grounds raised by the petitioner to determine whether they have been exhausted.

Wherefore, respondent Steven O'Brien respectfully requests that the Court enlarge the time for filing an answer or other responsive pleading in the above-captioned petition to October 31, 2005.

                                              Respectfully submitted,

                                              THOMAS F. REILLY
                                              ATTORNEY GENERAL

                                              /s/ Jonathan Ofilos
                                              Jonathan Ofilos ( BBO # 658091)
                                              Assistant Attorney General
                                              Criminal Bureau
                                              One Ashburton Place
                                              Boston, Massachusetts 02108
                                              (617) 727-2200, ext. 2634

Dated: October 11, 2005

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the petitioner, Harvey Ringgold, on October 11, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Harvey Ringgold, *pro se*, N.C.C.I. Gardner, P.O. Box 446, 500 Colony Road, Gardner, Massachusetts 01440.

      /s/ Jonathan Ofilos
      Jonathan Ofilos
      Assistant Attorney General