UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVEY RINGGOLD,<br>    Petitioner,<br><br>v.<br><br>STEVEN O'BRIEN,<br>    Respondent. | Civil Action No. 05-40129-FDS |

**RESPONDENT'S MOTION TO DISMISS FOR FAILURE
TO EXHAUST STATE COURT REMEDIES**

    The respondent, through counsel, moves to dismiss this petition seeking a writ of habeas corpus for failing to state a claim upon which relief can be granted. In support of his motion, the respondent states that the petitioner has failed to exhaust his available state court remedies as to all the grounds in his petition. Because the petitioner has not yet provided the state's highest court with the first opportunity to pass on the merits of this claim, the petition should be dismissed. 28 U.S.C. § 2254(b)-(c). The respondent reserves the right to submit a memorandum raising additional defenses, if necessary.

    In support of this motion, the respondent relies upon a memorandum of law and Supplemental Answer filed with this Motion.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Jonathan Ofilos
Jonathan Ofilos ( BBO #  658091)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2634

Dated: October 31, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, Harvey Ringgold, on October 31, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Harvey Ringgold, *pro se*, N.C.C.I. Gardner, P.O. Box 446, 500 Colony Road, Gardner, Massachusetts 01440.

/s/ Jonathan Ofilos
Jonathan Ofilos
Assistant Attorney General