UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVEY RINGGOLD,<br>    Petitioner,<br><br>v.<br><br>STEVEN O'BRIEN,<br>    Respondent. | Civil Action No. 05-40129-FDS |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Docket sheets, *Commonwealth v. Harvey Ringgold*, BERC2001-00050.

2. Brief and Record Appendix for the Defendant on Appeal from Judgment of Berkshire County Superior Court (A.C. No. 03-P-365).

3. Brief and Record Appendix for the Commonwealth on Appeal from Judgment of Berkshire County Superior Court (A.C. No. 03-P-365).

4. *Commonwealth v. Ringgold*, 60 Mass. App. Ct. 1125 (2004).

5. Defendants Application for Leave to Obtain Further Appellate Review (FAR No. 14455).

6. *Commonwealth v. Ringgold*, 442 Mass. 1113, 818 N.E.2d 1067 (2004).

The original documents are maintained in the case file in the Clerk's Office.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL

        /s/ Jonathan Ofilos
        Jonathan Ofilos ( BBO #  658091)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200, ext. 2634

Dated: October 31, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the petitioner, Harvey Ringgold, on October 31, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Harvey Ringgold, *pro se*, N.C.C.I. Gardner, P.O. Box 446, 500 Colony Road, Gardner, Massachusetts 01440.


        /s/ Jonathan Ofilos
        Jonathan Ofilos
        Assistant Attorney General