UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
HAROLD D. DONOHUE
FEDERAL BUILDING AND COURTHOUSE
MR. MARTIN CASTLES, CLERK
595 MAIN STREET
WORCESTER MASS. 01608

U.S. DOCKET NO. 2005-40129-FDS
WRIT OF HABEAS CORPUS
28 U.S.C.A. 2254-2255

FILED
2006 JUN -5 P 12:29

U.S. DISTRICT COURT
DISTRICT OF MASS

MR. HARVEY RINGGOLD
N.C.C.I. GARDNER
P.O. BOX 466
500 COLONY RD.
GARDNER MASS. 01440

IN RE: <u>RINGGOLD V. O'BRIEN</u>
       <u>U.S. CIV.-ACTION NO. 2005-40129-FDS</u>

Dear Mr. Castles;

    It has been several months since the petitioner in the above entitled matter has filed his Writ of Habeas Corpus 28 U.S.C.A. 2254-2255, and as pro-se petitioner I would like a status report of this case and a copy of the docket entry sheet, under the above said docket. I appreciate any and all help in this matter, and further thank you for your time.

May 29 /2006                          RESPECTFULLY SUBMITTED
              PRO-SE            *Harvey Ringgold*
                                      MR. HARVEY RINGGOLD
                                      N.C.C.I. GARDNER
                                      P.O. BOX 466
                                      500 COLONY RD.
                                      GARDNER MASS. 01440