UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
HAROLD D.DONOHUE
FEDERAL BUILDING AND
COURTHOUSE
MR.MARTIN CASTLES,CLERK
595 MAIN STREET
WORCESTER MASS.01608

PETITIONER REQUEST FOR A STATUS REPORT OF HIS WRIT OF HABEAS CORPUS 28 U.S.C A.2254 AND 2255;PENDING BEFORE THE COURT

MR.HARVEY A.RINGGOLD
N.C.C.I.GARDNER
P.O.BOX 466
500 COLONY RD.
GARDNER MASS.01440

IN RE:HARVEY A.RINGGOLD PETITIONER V.STEVEN O'BRIEN RESPONDENT
U.S.DISTRICT COURT CIVIL DOCKET NO.#4;05-CV-40129-FDS

Dear Mr.Castles;

   Please be advised that it has been several months and I haven't heard anything from the court as to my Federal Writ of Habeas Corpus 28 U.S.C.A.2254 and 2255 pending before your court in the above entitled matter.

   I am in request for a status report of this entitled case.

   I appreciate any and all help in this matter and a speedy response. I further thank you for your time.

September 7/2006                    RESPECTFULLY SUBMITTED
                    PRO-SE _____
                            MR.HARVEY A.RINGGOLD
                            N.C.C.I.GARDNER
                            P.O.BOX 466
                            500 COLONY RD.
                            GARDNER MASS.01440

FDS
4;05-CV-40129