UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Harvey Ringgold,
      Petitioner,

                                    CIVIL ACTION
   v.                               NO. 05-40129-FDS

O'Brien,
      Respondent,

## ORDER OF DISMISSAL

SAYLOR, D.J.

    In accordance with the Court's Memorandum and Order, dated 9/20/06, granting the respondent's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                              By the Court,

    9/20/06                              /s/ Martin Castles
     Date                                Deputy Clerk
                                       508-929-9904